MARISOL A. NAGATA
CA NO. 221387
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road Suite 300
Diamond Bar, California 91765
Telephone: (626) 371-7000
Facsimile: (972) 661-7726
ndcaecf@bdftw.com
File No. 1457522

Attorney for Secured Creditor
Bank of America, N.A., its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: <br> RONALD DANIEL LUONGO, <br> ELISABETH HARRIETT LUONGO, <br> aka BETSY LUONGO, <br><br> Debtors. | CASE NO.: 09-13696 AJ-7 <br> CHAPTER: 7 <br> R.S. NO.: EAT-685 <br><br> NOTICE OF WITHDRAWAL OF DOCUMENTS (DOC. #16) |
|---|---|

TO: ALL INTERESTED PARTIES; AND

TO: THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that Secured Creditor, Bank of America, N.A., its successors and assigns, hereby withdraws the documents filed on January 21, 2010 and entered on the Court's docket

1
NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | as Doc. #16. Said documents were filed in error as a "Notice of Appearance." |
| 2 | |
| 3 | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| 4 | |
| | Dated: January 22, 2010    By:    /s/ Marisol A. Nagata |
| 5 | MARISOL A. NAGATA |
| | Attorney for Secuired Creditor |

# CERTIFICATE OF SERVICE

That on January 22, 2010, I caused to be served a true copy of the within Notice Withdrawal of Documents (Doc. #16) on all interested parties in said case, by placing a true copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**DEBTORS:**
RONALD DANIEL LUONGO
ELISABETH HARRIET LUONGO
316 PINE CIRCLE
HEALDSBURG CA 95448

**DEBTORS:**
RONALD DANIEL LUONGO
ELISABETH HARRIET LUONGO
5473 SHOOTING STAR ROAD
POLLOCK PINES CA 95726

**ATTORNEY FOR DEBTORS:**
DANIEL B BECK
2681 CLEVELAND AVE
SANTA ROSA CA 95403

**TRUSTEE:**
JEFFRY G LOCKE
530 ALAMEDA DEL PRADO #396
NOVATO CA 94949

**UNITES STATES TRUSTEE:**
OFFICE OF THE US TRUSTEE
235 PINE STREET SUITE 700
SAN FRANCISCO CA 94104

**PARTY IN INTEREST:**
SCHOOLFIRST FCU
PO BOX 11547
SANTA ANA CA 92711

**PARTY IN INTEREST:**
ANGUS & TERRYCOLLECTIONS LLC
1451 RIVER OARK DR STE 125
SACRAMENTO CA 95815

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 22, 2010        By:    /s/ Marisol A. Nagata
                                      MARISOL A. NAGATA